UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-61169-CV-JORDAN

LINDA WHITE                    )
                               )
        Plaintiff              )
vs.                            )         **CLOSED**
                               )         **CIVIL**
                               )         **CASE**
J.C. PENNEY CORP., INC.        )
                               )
        Defendant              )
_____)

### ORDER DISMISSING AND CLOSING CASE

In light of Ms. White's notice of voluntary dismissal [D.E. 2], this case is dismissed without prejudice.

The clerk is directed to close this case.

Done and ordered in chambers at Miami, Florida, this 16th day of September, 2008.

_____
Adalberto Jordan
United States District Judge

copies to counsel of record